DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN DEAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0253

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 062021CF006207A88810.

Daniel Eisinger, Public Defender, and Robert Gerald Porter, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus Russell Kelly II, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***